SEALED

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

APR 1 6 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY TTD DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>CHRIS SCHMITT<br><br>Defendant | Case No. 8:23CR86 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   CHRIS SCHMITT,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 – Conspiracy – Distribute & PWID Marijuana
18 U.S.C. § 1956(a)(1)(B)(i) - Money Laundering
18 U.S.C. §§ 1956(h), 2 - Conspiracy to Commit Money Laundering

Date: 3/18/2025

*Issuing officer's signature*

City and state:   Omaha, Nebraska

DENISE M. LUCKS, Clerk of the Court
*Printed name and title*

---

**Return**

This warrant was received on (date) 03/18/2025, and the person was arrested on (date) 04/16/2025
at (city and state) Baltimore, MD.

Date: 04/16/2025

*Arresting officer's signature*

Jarvis Lloyd Special Agent
*Printed name and title*